Date signed August 13, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 08-19081PM |
|---|---|
| Akosua S. Ayisoe, | Chapter 13 |
| Debtor. | |

## MEMORANDUM TO COUNSEL

Upon review of the record in the above-referenced case and the court noting that the Debtor failed to cure certain deficiencies (Deficiency Notices #12-13), Counsel is advised that all noted deficiencies must be cured within 10 days from the entry of this Memorandum.  Failure to cure in a timely manner will result in an order requiring counsel to disgorge fees and the dismissal of the case.

cc: Debtor
    Debtor's Counsel
    Chapter 13 Trustee

End of Memorandum